JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| BRYAN EDWARD KAYE, | No. SA CV 25-2229-SSS (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| TODD SPITZER et al., | |
| Respondent. | |

IT IS ADJUDGED that the Petition is summarily dismissed for lack of jurisdiction, untimeliness, and failure to exhaust, and this action is dismissed with prejudice.

Date: December 19, 2025

SUNSHINE SUZANNE SYKES
United States District Judge